# United States District Court
Middle District of North Carolina
324 W. Market Street
Greensboro, North Carolina 27401-2544

Lawrence H. Cunningham, Clerk                                TELEPHONE: 336.332.6000

December 23, 2024

LISA B. FINKELSTEIN
NORTH CAROLINA DEPARTMENT OF JUSTICE
1505 MAIL SERVICE CENTER
RALEIGH, NC 27699-1505

Re: 24CV1099; DEPARTMENT OF TRANSPORTATION v. NORFOLK SOUTHERN RAILWAY COMPANY

Dear Attorney Finkelstein:

     A case was recently filed in the United States Court for the Middle District of North Carolina regarding a case from the Davidson County Superior Court on December 23, 2024.

     As attorney of record for DEPARTMENT OF TRANSPORTATION, all future pleadings filed in this case must be signed by counsel who is admitted to practice in the Middle District of North Carolina and is a registered e-filer with our Court. To continue to represent your client in this Court, you must either become admitted to practice in the Middle District of North Carolina pursuant to Local Rule 83.1(b) or appear by special appearance in association with local counsel pursuant to Local Rule 83.1(d). Further information on admission to practice in this District may be found on the Court's website, www.ncmd.uscourts.gov, under the Attorney tab.

Sincerely,

Lawrence H. Cunningham, Clerk of Court
By: /s/ Samantha S. Hicks, Deputy Clerk